

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 1, 2020

The Honorable Andrew E. Krause
The Honorable Judith C. McCarthy
The Honorable Paul E. Davison
United States Magistrate Court Judges
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    **Re:**    *United States v. Jordan Campbell, a/k/a "Jayoh,"* 20-cr-625
              *United States v. Dwight Reid, a/k/a "Dick Wolf,"* 20-cr-626

Dear Judges Krause, McCarthy, and Davison:

      The Government writes to respectfully request that the Court unseal the above-referenced indictments, as we have been advised that the majority of the defendants have been arrested.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney

By: _____
      Shiva H. Logarajah
      Jacob Warren
      David R. Felton
      Assistant United States Attorneys

SO ORDERED:

_____  12/1/2020
HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE