UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Jordan Campbell

                            Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-     (  )(  )

20-cr-625-KMK

Defendant ___Jordan Campbell_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

x
___     Initial Appearance Before a Judicial Officer

x
___     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

x
___     Bail/Detention Hearing

x
___     Conference Before a Judicial Officer

                                                  /S/ Joseph A. Vita

/s/ Jordan Campbell
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)
Jordan Campbell

_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Joseph A. Vita

_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/1/20
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge