

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

## MEMO ENDORSED

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

December 14, 2020

**By ECF**

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Jordan Campbell, et al.*, 20-cr-625 (KMK)

Dear Judge Karas:

The Government respectfully submits this request to exclude time under the Speedy Trial Act until the initial conference in this matter on January 12, 2021. Time was initially excluded during the defendants' arraignment on December 1, 2020 until tomorrow (December 15, 2020). The Government is in discussions with counsel about the best way to produce discovery and intends to make a substantial production before the initial conference in this matter. Thus, in order to afford time for the Government to produce discovery—and for counsel to receive and review it—the Government respectfully requests that time between December 15, 2020 and January 12, 2021 be excluded because the aforementioned purposes are in the interests of justice. *See* 18 U.S.C. § 3161(h)(7)(A). All counsel have consented to the exclusion of time until January 12, 2021.

Granted. Time is excluded until 1/12/21, in the interests of justice, to allow counsel time to produce and review discovery. The interests of justice from this exclusion outweigh Defendants' and the public's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

12/15/20

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:

Shiva H. Logarajah
Jacob Warren
David R. Felton
Assistant United States Attorney
Tel: (914) 993-1918/212-637-2264/914-993-1908

cc: All Counsel (by email)