

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 2, 2021

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Jordan Campbell, et al.*, 20 Cr. 625 (KMK)

Dear Judge Karas:

In light of the ongoing production and review of discovery, the Government respectfully requests, with the consent of all four defendants, that the Court (1) adjourn for approximately eight weeks the status conference currently scheduled for April 16, 2021 at 11:00 a.m., and (2) exclude time under the Speedy Trial Act until the date of the rescheduled status conference. Such an exclusion would be in the interest of justice to allow the parties time to continue producing and reviewing discovery, contemplating any motions, and discussing possible pre-trial dispositions. *See* 18 U.S.C. § 3161(h)(7)(A).

The conference is adjourned to 6/18/21 at 11 am. Time is excluded until then, in the interests of justice, to allow the Parties to review disccovery and consider filing pre-trial motions. The interests of justice from this exclusion outweigh Defendants' and the public's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

4/6/21

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: /s/ David R. Felton
Shiva H. Logarajah
Jacob Warren
David R. Felton
Adam Hobson
Assistant United States Attorneys
Tel: 914-993-1918
   212-637-2264
   914-993-1908
   212-637-2484

cc: All Counsel (via ECF)